UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **JULIO A. PADILLA**

Case No.: **20-12215-SLM**
Chapter: **7**
Judge: **Stacey L. Meisel**

## NOTICE OF PROPOSED ABANDONMENT

__David Wolff__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court
50 Walnut Street
3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Stacey L. Meisel__ on __April 28, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3A__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real property located at 219 Rankin Street, Elizabeth, New Jersey
Value: $349,000.00
(Debtor 50% owner)

Liens on property:
Homebridge
$264,000.00

Amount of equity claimed as exempt:
$24,281.00

Objections must be served on, and requests for additional information directed to:

Name: David Wolff, Trustee
Address: 396 Route 34, Matawan, New Jersey 07747
Telephone No.: (732) 566-1189

*rev.8/1/15*

```
                      United States Bankruptcy Court
                            District of New Jersey
In re:                                                        Case No. 20-12215-SLM
Julio A. Padilla                                              Chapter 7
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2        User: admin              Page 1 of 1         Date Rcvd: Mar 31, 2020
                            Form ID: pdf905         Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2020.
db             Julio A. Padilla,    219 Rankin St,    Elizabeth, NJ 07206-1031
518705390      Cenlar Central Loan Administration,    PO Box 986,    Newark, NJ 07184-0001
518705391      EOS CCA,   PO Box 981025,    Boston, MA 02298-1025
518705392      GBS,    First Electronic,    PO Box 4499,    Beaverton, OR 97076-4499
518705394   ++++MIA KIRITIS, ESQ.,    1 RIVERFRONT PLZ STE 710,    NEWARK NJ 07102-5415
               (address filed with court: Mia Kiritis, Esq.,     1037 Raymond Blvd Ste 710,
                 Newark, NJ 07102-5427)
518705396      TDRCS,   Raymour & Flanigan,    PO Box 130,    Liverpool, NY 13088-0130
518705397   ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corp,     5005 N. River Blvd, N.E.,
                 Cedar Rapids, IA 52411-6634)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 01 2020 02:44:34     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 01 2020 02:44:30     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr            +E-mail/Text: bnc@atlasacq.com Apr 01 2020 02:43:43     Atlas Acquisitions LLC,
                 294 Union Street,   Attn: Avi Schild,    Hackensack, NJ 07601-4303
518755658     +E-mail/Text: bnc@atlasacq.com Apr 01 2020 02:43:43     Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
518705389     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 01 2020 03:07:02     Capital One,
                 P.O. Box 5253,   Carol Stream, IL 60197-5253
518705393      E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 01 2020 02:49:43     JPMCB Card,
                 PO Box 15298,   Wilmington, DE 19850-5298
518705395      E-mail/Text: bankruptcydpt@mcmcg.com Apr 01 2020 02:44:30     Midland Credit Management,
                 Suite 200 8875 Aero Drive,    San Diego, CA 92123-2255
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2020 at the address(es) listed below:
              David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Frederick J. Simon    on behalf of Debtor Julio A. Padilla simonmonahan216@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```