**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Julio A. Padilla <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0719 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–12215–SLM | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Julio A. Padilla

<u>6/4/20</u>

**By the court:** <u>Stacey L. Meisel</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 20-12215-SLM
Julio A. Padilla                                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jun 04, 2020
                              Form ID: 318             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.
```
db              Julio A. Padilla,    219 Rankin St,    Elizabeth, NJ   07206-1031
518705390       Cenlar Central Loan Administration,    PO Box 986,    Newark, NJ   07184-0001
518705391       EOS CCA,   PO Box 981025,    Boston, MA   02298-1025
518705392       GBS,    First Electronic,    PO Box 4499,    Beaverton, OR   97076-4499
518705394     ++++MIA KIRITIS, ESQ.,    1 RIVERFRONT PLZ STE 710,    NEWARK NJ   07102-5415
                (address filed with court:  Mia Kiritis, Esq.,    1037 Raymond Blvd Ste 710,
                  Newark, NJ   07102-5427)
518705396       TDRCS,    Raymour & Flanigan,    PO Box 130,    Liverpool, NY   13088-0130
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 04 2020 23:34:56     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 04 2020 23:34:53     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
cr             +EDI: ATLASACQU.COM Jun 05 2020 03:08:00      Atlas Acquisitions LLC,    294 Union Street,
                 Attn: Avi Schild,    Hackensack, NJ 07601-4303
518755658      +EDI: ATLASACQU.COM Jun 05 2020 03:08:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ   07601-4303
518705389      +EDI: CAPITALONE.COM Jun 05 2020 03:08:00      Capital One,    P.O. Box 5253,
                 Carol Stream, IL  60197-5253
518705393       EDI: JPMORGANCHASE Jun 05 2020 03:08:00      JPMCB Card,    PO Box 15298,
                 Wilmington, DE   19850-5298
518705395       EDI: MID8.COM Jun 05 2020 03:08:00      Midland Credit Management,    Suite 200 8875 Aero Drive,
                 San Diego, CA   92123-2255
518705397       EDI: TFSR.COM Jun 05 2020 03:08:00      Toyota Motor Credit Corp,    5005 N. River Blvd, N.E.,
                 Cedar Rapids, IA   52411-6634
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:
```
              David Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Frederick J. Simon    on behalf of Debtor Julio A. Padilla simonmonahan216@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```